## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| **v.**      **Case No.: 4:17–cr–00293–BSM** | |
| **Timothy J Ferguson** <br> **(Other Custody)** | **Defendant** |

### NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for March 30, 2022, at 01:00 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

    A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

**DATE:** February 4, 2022             AT THE DIRECTION OF THE COURT
                                                                      TAMMY H. DOWNS, CLERK

                                                                          **By:** Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas