# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.  NO.   4:17CR00293-39 BSM

TIMOTHY J. FERGUSON

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the POPE COUNTY DETENTION FACILITY and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of TIMOTHY J. FERGUSON detained in the POPE COUNTY DETENTION FACILITY, Russellville, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on March 30, 2022 at 1:00 p.m., before the Honorable Brian S. Miller, and after the proceedings have been concluded, that you return TIMOTHY J. FERGUSON to POPE COUNTY DETENTION FACILITY under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 7 February 2022.

_____
UNITED STATES MAGISTRATE JUDGE